G. Thomas Martin, III, Esq.  (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff
MYRNA E. BAUM

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA E. BAUM, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., a corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:13-cv-00187-RGK-JCG<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff MYRNA E. BAUM, an individual, against Defendants, PROFESSIONAL RECOVERY SERVICES, INC., a corporation; and DOES 1 to 10, inclusive are dismissed, with prejudice.  Plaintiff MYRNA E. BAUM, and Defendant PROFESSIONAL RECOVERY SERVICES, INC., shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 09, 2013

　　　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　District Court Judge
　　　　　　　　　　　　　　　　　　Central District of California